# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00301-CR

**The State of Texas, Appellant**

**v.**

**Dustin Patino, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY
### NO. 05-03490L2, HONORABLE PENNY ANNE ROBERTS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to withdraw its notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on State's Motion

Filed:  October 20, 2006

Do Not Publish